PROSKAUER ROSE LLP
Attorneys for Plaintiff
Houlihan, Lokey, Howard & Zukin, Inc.
Steven M. Kayman (SK-8123)
Lloyd B. Chinn (LC-7953)
Brian S. Rauch (BR-5784)
1585 Broadway
New York, New York 10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HOULIHAN, LOKEY, HOWARD &
ZUKIN, INC.,

                Plaintiff,

- against -

LORRE JAY,

                Defendant.

07 CV _____

**Rule 7.1 Statement**



JUDGE SWAIN
07 CIV 4782
RECEIVED JUN 0 5 2007 U.S.D.C. S.D. N.Y. CASHIERS

      Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Houlihan, Lokey, Howard & Zukin, Inc., by its attorneys of record, certifies that (i) it is a wholly owned subsidiary of Fram Holdings, Inc., which is an indirect subsidiary of ORIX Corp., a publicly held corporation; and (ii) no other publicly held corporation owns 10% or more of its stock.

Dated: June 5, 2007

                                                PROSKAUER ROSE, LLP

                                                By: _____
                                                    Steven M. Kayman
                                                    Lloyd B. Chinn
                                                    Brian S. Rauch
                                          1585 Broadway
                                          New York, NY 10036
                                          Tel.: 212.969.3000
                                          Fax: 212.969.2900
                                          *Attorneys for Plaintiff Houlihan,*
                                          *Lokey, Howard & Zukin, Inc.*