UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

HOULIHAN, LOKEY, HOWARD & ZUKIN INC.,
            Plaintiff,

Index No. 07 Civ 4782

-v-

LORRE JAY,
            Defendants.

AFFIDAVIT OF SERVICE

-------------------------------------------------

STATE OF NEW YORK    )
                                  )ss:.
COUNTY OF NEW YORK  )

        Roger N. McLean, being duly sworn, depose and state:

      1. I am not a party to this action, am over eighteen years of age, and reside in Kings County,

      2. On June 5, 2007, I served *SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES RULE of Judge Laura Taylor Swain and Magistrate Kevin Nathaniel Fox; ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; CERTIFICATION PURSUANT TO RULE 65(B); DECLARATION of Michael Fazio and MEMORANDUM OF LAW in support of Plaintiff's Application for a Temporary Restraining Order, Preliminary Injunction and Expedited Discovery* upon Louis Pechman Esq. Berke-Weiss & Pechman 488 Madison Avenue 11th Floor New York, NY 10022 by having said documents left with Megan Magoon, Paralegal.

      3. At the time of service Ms. Megan Magoon indicated to me that she was authorize to accept service on the behalf of Louis Pechman Esq.

      4. Ms. Megan Magoon can be described as a white female approximately 30-35 years of age, and standing approximately 6ft 2in tall, weighing approximately 145-155 lbs, with brown hair and brown eyes.

                                                      Roger N. McLean
                                                      Lic No. 1017623

Sworn to before me this
5th day of June 2007

*Allen F. Healy*
Notary Public

ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Commission Expires December 4, 2010