UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Houlihan Lokey Howard & Zukin

                  Plaintiffs,

  -v-

Lorre Jay

                  Defendant.
------------------------------------------------------------- X
LAURA TAYLOR SWAIN, District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 4782 (LTS)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____
_____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement* (Principals to participate as required by Magistrate Judge)

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
             June 12, 2007

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge