USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2007

# PROSKAUER ROSE LLP

585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Steven M. Kayman
Member of the Firm

Direct Dial 212.969.3430
skayman@proskauer.com

July 10, 2007

**By Fax 212.805.0426**

Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do [illegible]

Re: <u>Houlihan, Lokey, Howard & Zukin, Inc. v. Lorre Jay</u>, 07 CV 4782 (LTS) (KNF)

Dear Judge Swain:

I am very pleased to report that the parties and third party Duff & Phelps LLC have reached an agreement in principle to settle this case. We write on behalf of both parties and Duff & Phelps to request that the Court adjourn without date the preliminary injunction hearing which is now scheduled for July 16. We are requesting an adjournment rather than a discontinuance because one of the terms of the proposed settlement is that a preliminary injunction will remain in effect through the end of the year.

We are very grateful for the Court's assistance and courtesies, will keep the Court apprised of developments and will promptly submit appropriate documentation upon consummation of the settlement.

Respectfully yours,

Steven M. Kayman

cc: Hon. Kevin N. Fox
Robert L. Herbst, Esq.
Robert H. Bernstein, Esq.

SO ORDERED.

[Handwritten:] The hearing is adjourned sine die. Counsel shall make a written status report to the court as of November 1, 2007 if final settlement documentation has not been submitted to the court by that date.

LAURA TAYLOR SWAIN  7/10/2007
UNITED STATES DISTRICT JUDGE