Exhibit B Stipulation of Dismissal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 3 2007
```

HOULIHAN, LOKEY, HOWARD & ZUKIN, INC.,

      Plaintiff,

  - against -

LORRE JAY,

      Defendant.

07 CV 4782 (LTS) (KNF)

ECF CASE

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Houlihan, Lokey, Howard & Zukin and defendant Lorre Jay, through their counsel of record, that paragraph three of the Temporary Restraining Order entered by this Court on June 6, 2007 shall be continued through December 31, 2007, after which the injunction shall no longer be in effect. The parties further stipulate and agree that this action will thereafter be immediately dismissed WITH PREJUDICE and without costs or attorneys' fees to any party.

Dated: September 5, 2007
New York, NY

PROSKAUER ROSE LLP

By: _____
Steven M. Kayman
1585 Broadway
New York, NY 10036
(P): (212) 969-3000
(F): (212) 969-2900
*Attorney for Plaintiff*

Dated: September 5, 2007
New York, NY

BELDOCK LEVINE & HOEFMAN LLP

By: _____
Robert L. Herbst
99 Park Avenue, Suite 1600
New York, NY 10016
(P): (212) 277-5890
(F): (212) 557-0565
*Attorney for Defendant*

SO ORDERED: _____
United States District Judge

9/12/07
Date