```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

HOULIHAN, LOKEY, HOWARD &
ZUKIN, INC.,

        Plaintiff,

-v-                                     No. 07 Civ. 4782 (LTS)(KNF)

LORRE JAY,

        Defendant.

------------------------------------------------------x

### ORDER[1]

Pursuant to the so ordered stipulation entered by this Court on September 13, 2007, this action is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       January 7, 2008

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*